## Floyd E. Schilling, Appellee, v. Venita M. Schilling, Appellant.

### Term No. 50M18.

Heard in this court at the May term, 1950. Philip G. Listeman and D. H. Mudge, for appellant; James H. Bandy, of counsel; O'Neill & Davey, for appellees. Opinion by JUSTICE BARDENS. **Not to be published in full.** Opinion filed September 20, 1950; released for publication October 20, 1950.